UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>M. DATTANI CREDIT TRUST, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-03433-AGT<br><br>**ORDER VACATING DATES AND REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

On September 11, 2020, the Court held a further case management conference to discuss trial scheduling issues and a potential settlement referral. Pursuant to the Court's instruction, the parties subsequently met and conferred and have notified the Court that (1) they intend to proceed with a jury trial in this matter and (2) they are amenable to participating in a settlement conference before a magistrate judge.

In light of COVID-19 and the parties' declination to have a trial by Zoom, the Court hereby vacates the trial and pretrial conference dates set in the Amended Scheduling Order (ECF No. 34), as well as the pretrial filing deadlines set in the Case Management and Pretrial Order for Jury Trial (ECF No. 22). The Court also refers this matter to a magistrate judge for a settlement conference, to be completed, if possible, by December 31, 2020. Following the parties' settlement conference, if necessary, the Court will convene a status conference to discuss the rescheduling of trial dates and deadlines.

**IT IS SO ORDERED.**

Dated:  September 23, 2020

_____
ALEX G. TSE
United States Magistrate Judge